

**ZACHARY W. CARTER**
*Corporation Counsel*

The City of New York
# Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**SHIRLEY W. BI**
*Assistant Corporation Counsel*
Labor & Employment Law Division
Phone: (212) 356-2464
Fax: (212) 356-2439
Email: sbi@law.nyc.gov
Email and Fax No. **Not** For Service of Papers.

September 14, 2018

**By ECF and First-Class Mail**

GLASS KRAKOWER LLP
Attorneys for Plaintiff
100 Church Street, Suite 800
New York, New York 10007
(212) 537-6859
Att: Jordan Harlow

      Re:    Thomas v. New York City Department of Education, et al.,
             18 Civ. 2259 (WFK)(RML)

Dear Mr. Harlow:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. In accordance with Rule III.G of Judge William F. Kuntz's Individual Practices and Rules, enclosed are:

(1)    Defendants' Notice of Motion to Dismiss the Complaint;

(2)    Declaration of Shirley W. Bi, dated September 14, 2018, and its accompanying exhibits "A," and "B"; and

(3)    Defendants' Memorandum of Law In Support of Their Motion to Dismiss the Complaint.

      Sincerely,

      /s/
      Shirley W. Bi
      Assistant Corporation Counsel