**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 Broad Street
WeWork – 18th Floor
New York, NY 10004
TEL. NO. 212-537-6859
FAX NO. 845-510-2219

E-mail: jharlow@ghnylaw.com

*Jordan F. Harlow*
Senior Counsel

November 16, 2018

*Via ECF and First Class Mail*
Shirley Bi
City of New York Law Department
100 Church Street
New York, NY 10007

Re:   Thomas v. New York City Dep't of Educ., et al.
      18 Civ. 2259 (WFK)(RML)

Dear Ms. Bi:

I am an attorney in the office of Glass & Hogrogian LLP, attorney for the Plaintiff in the above-captioned action. In accordance with The Honorable William F. Kuntz's Individual Practices and Rules, enclosed is Plaintiff's Response to Defendants' Motion to Dismiss the Complaint.

Respectfully submitted,

/s: *Jordan Harlow*
JORDAN HARLOW