

**ZACHARY W. CARTER**
*Corporation Counsel*

The City of New York
## Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**SHIRLEY W. BI**
*Assistant Corporation Counsel*
Labor & Employment Law Division
Phone: (212) 356-2464
Fax: (212) 356-2439
Email: sbi@law.nyc.gov

December 10, 2018

**By ECF and By Hand**
Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Thomas v. New York City Department of Education, et al.,
               18 Civ. 2259 (WFK)(RML)
               Our No. 2018-029029

Dear Judge Kuntz:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. Pursuant to Rule III.G of the Court's Individual Rules, defendants submit the following courtesy copies of their motion papers:

- Defendants' Notice of Motion to Dismiss the Complaint, dated September 14, 2018;
- Declaration In Support of Defendants' Motion to Dismiss the Complaint, dated September 14, 2018, and its accompanying exhibits "A," and "B";
- Defendants' Memorandum of Law In Support of Their Motion to Dismiss the Complaint, dated September 14, 2018;
- Plaintiff's Memorandum of Law In Opposition, dated November 16, 2018; and
- Defendants' Reply Memorandum of Law, dated December 7, 2018.

Thank you for your consideration of this matter.

                                                Respectfully submitted,

                                                /s/
                                               Shirley W. Bi
                                       Assistant Corporation Counsel

**HONORABLE WILLIAM F. KUNTZ, II**
United States District Judge
Thomas v. New York City Dep't of Educ., et al.,
18 Civ. 2259 (WFK)(RML)
December 10, 2018
Page 2

cc: **HONORABLE ROBERT M. LEVY**
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
(By ECF and By Hand)

**GLASS & HOGROGIAN LLP**
Att: Jordan Harlow
(By ECF)