UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X

JOSEPHINE THOMAS,

                                      Plaintiff,   **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

           -against-

NEW YORK CITY DEPARTMENT OF EDUCATION;   CIVIL ACTION NO. 18 –cv-2259
and EZRA MATTHIAS, PRINCIPAL OF I.S. 229   (WFK)(RML)
ROLAND PATTERSON,

                                   Defendants.

---------------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED,** by and among the parties as represented below, that above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice, and without costs, fees, or disbursements to any party. This stipulation may be filed by either party without notice to the other.

Dated: New York, New York
         March ⎵, 2021

| | |
|---|---|
| **GLASS HARLOW HOGROGIAN LLP** | **JAMES E. JOHNSON** |
| *Attorneys for Plaintiff* | Corporation Counsel of the |
| 85 Broad Street, 16th Floor |   City of New York |
| New York, New York 10004 | Attorney for Defendants |
| (212) 537-6859 | 100 Church Street, Room 2-146 |
| jharlow@ghnylaw.com | New York, New York 10007-2601 |
| | (212) 356-1177 |
| | amildner@law.nyc.gov |
| By: _____ | By: _____ |
|     Jordan Harlow, Esq. |     Alana R. Mildner |
| |     Assistant Corporation Counsel |